IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

KELLIE CRESTMAN DUNCAN,            )
                                  )
              Plaintiff,          )
                                  )        Case No.:  3:20-CV-767
vs.                               )
                                  )
                                  )
ANTHEM LIFE INSURANCE             )
COMPANY,                          )
                                  )
              Defendant.          )

## NOTICE OF SETTLEMENT

COME NOW Plaintiff Kellie Crestman Duncan and Defendant Anthem Life Insurance Company, by and through undersigned counsel, and hereby notify the Court that a settlement in principle has been reached among all parties. The parties request sixty days to finalize the settlement agreement and to file all necessary documents with the Court.

Respectfully submitted,

**GALLAGHER DAVIS, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com
adam@gallagherdavis.com

*Attorneys for Plaintiff*

McDowell Hetherington LLP

By:    /s/ Thomas F. A. Hetherington
          Thomas F. A. Hetherington* **
          Texas Bar No. 24007359
          Blaire B. Johnson*
          Texas Bar No. 24064968

1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone:  (713) 337-5580
Facsimile:  (713) 337-8850
Email:  Tom.Hetherington@mhllp.com
Email:  Blaire.Johnson@mhllp.com

*Admitted
**Lead Counsel

**ATTORNEYS FOR DEFENDANT
ANTHEM LIFE INSURANCE
COMPANY**