IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KELLIE CRESTMAN DUNCAN,

Plaintiff,

v.

ANTHEM LIFE INSURANCE COMPANY,

Defendant.

Case No. 20-767 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: September 1, 2021**         **MARGARET M. ROBERTIE, Clerk of Court**

                                                                  *s/Tina Gray*, **Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**